Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 20 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia
### Atlanta Division

FREDERICK DONNELL LEE

)
)
)
)
)
)
)
)
)
)

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-
SUNDAR PICHAI AND HIDEAKI NISHINO
GOOGLE AND JEFF BEZOS
AND ERIC LEMPEL        (SEE)
LYNN AZAR, ORITZW     ADD'L)
HERMAN HULST, SONY INTERACTIVE
ENTERTAINMENT

)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 1:26-CV-2140
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — FREDERICK DONNELL LEE
Street Address — 543 CHEROKEE AVE S15
City and County — ATLANTA    FULTON
State and Zip Code — GEORGIA    30312
Telephone Number — (821) 777-1165
E-mail Address —

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      Hideaki Nishino

Job or Title *(if known)*

Street Address      2207 BRIDGEPOINTE PKWY

City and County      SAN MATEO

State and Zip Code      CA      94404

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name      SONY INTERACTIVE ENTERTAINMENT

Job or Title *(if known)*

Street Address      2207 BRIDGEPOINTE PKWY

City and County      SAN MATEO

State and Zip Code      CA      94404

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name      HERMAN HULST

Job or Title *(if known)*

Street Address      2207 BRIDGEPOINTE PKWY

City and County      SAN MATEO

State and Zip Code      CA      94404

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name      STEPHANIE BURNS

Job or Title *(if known)*

Street Address      C/O BRYANT GREEN & ASSOCIATES 303 PEACHTREE RD SUITE 400

City and County      ATLANTA      FULTON

State and Zip Code      GA      30319

Telephone Number      (404) 522-5330

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 28 U.S.C, Section 1331
Title 28 U.S.C, Section 1332

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* FREDERICK DONNELL LEE , is a citizen of the State of *(name)* GEORGIA .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* HIDEAKI NISHINO , is a citizen of the State of *(name)* CALIFORNIA . Or is a citizen of *(foreign nation)* _____ .

20 APRIL 2026

20 APRIL 2026

ADDTL Defendants

5) Eric LEMPEL

6) LYNN AZAR

7) ORIT ZIV

ADDRESS FOR ADDTL DEFENDANTS
LISTED ABOVE
2207 BRIDGEPOINTE PKWY
SAN MATEO, CA 94404

8. GOOGLE
1105 WEST PEACHTREE ST. NW
ATLANTA, GA 30309
(404) 939-2356

9) SUNDAR PICHAI      —1105 WEST PEACHTREE ST NW
ATLANTA, GA 30309

10. JEFF BEZOS —     C/O THE DOWNER LAW FIRM
1410 W. MOREHEAD ST.
SUITE 200
CHARLOTTE, NC 28208

11. DAVE LIMP
21218 76th AVE S
KENT, WA 98032

12. BLUE ORIGIN ENTERPRISES, LP
21218 76th AVE S
KENT WA 98032

( over please ) →

73. Willis Bryant Green III
and
Travaris Bryant
and
Yvonne Bryant Johnsen
and    André Dickens

4060 Peachtree Rd.    D-413
Atlanta, GA 30319

80, ~~~ Group
Godesburges Allee
102-104, 53175
BONN, Germany
49 228 372 880

74. STATE OF MISSOURI AND
MIKE KEHOE
P.O. BOX 720
JEFFERSON CITY, MO 65102

75. ~~David Hollander~~ and
Mercy Care    Steve Macklin    and    Greg DeWulf
424 Decatur Street SE
Atlanta, GA 30312

76. KEURIG    DR. PEPPER
53 SOUTH AVE
BURLINGTON, MA 01803

77. The Goodyear Tire + Rubber Co.
200 Innovation Way
Akron, OH  44316-0001

78. Cox Enterprises
6205 B Peachtree Dunwoody RD. NE
Atlanta, GA 30328

79. Carol Tome  and  Brian Newman
and  Bala Subramanian
and
United Parcel Services, Inc
Atlanta, GA

20 APRIL 2026

# ADDITIONAL DEFENDANTS

13    BEASLEY ALLEN LAW FIRM
        218 COMMERCE ST
        MONTGOMERY, AL 36104

14. MANA ACCOUNTING, INC
    C/O THE DOWNER LAW FIRM
    1410 W. MOREHEAD ST. SUITE 200
    CHARLOTTE, NC 28208

15    FIRST ADVANTAGE BACKGROUND SERVICES
        1 CONCOURSE PARKWAY NE, SUITE 200
        ATLANTA, GA 30328

16    KENNY LATTIMORE
        C/O CLARK ATLANTA UNIVERSITY
        ATLANTA, GA 30314

17    UNITED BANK
        C/O BEASLEY ALLEN LAW FIRM
        218 COMMERCE ST.
        MONTGOMERY, AL 36104

18    JERE BEASLEY
        218 COMMERCE ST
        MONTGOMERY, AL 36104                (OVER PLEASE) →

68. André Dickens and
City of Atlanta, GA
55 Trinity Ave. SW
Atlanta, GA 30303
(404) 330-6054

69. Georgia Pacific and
City of Atlanta, GA
C/O Law office of W. Bryant Green III, PC
303 Peachtree Rd NE, Suite 400
Atlanta, GA

70. DOMINIQUE DIEUJUSTE
DIEUJUSTE Financial
925 Peachtree Street NE
Atlanta, GA 30309
(404) 913-6549

71. Planet Fitness
C/O Greg Herring — The Herring Group, LLC
1519 Bowman Rd. Suite H
Little Rock, AR 72211

72. Greg Herring and
The Herring Group, LLC
1519 Bowman Rd. Suite H
Little Rock, AR 72211

ADDITIONAL DEFENDANTS                    20 APRIL 2026

THE ADDRESS FOR THE FOLLOWING DEFENDANTS:

218 COMMERCE ST.
MONTGOMERY, AL 36104

19. Andy Birchfield
20. LaBarron Boone
21. David Byrne
22. Suzanne Clark
23. Mike Crow
24. Paul Evans
25. Elizabeth Achtemeier (Achtemeier)
26. Greg Allen
27. Clay Barnett
28. Elliot Bienenfeld
29. Kendall Dunson                218 Commerce St
30. Tiffany Birley                Montgomery, AL 36104
31. Ben Baker
32. Demet Basar
33. Ryan Beattie

34. Oprah Winfrey &
    Oprah Winfrey Network, LLC
    1041 N. FORMOSA AVE. SUITE 120
    WEST HOLLYWOOD, CA  90046

35. STEDMAN SADAR GRAHAM

            AND

    S. GRAHAM & ASSOCIATES
    455 N. CITYFRONT PLAZA DRIVE
            14th FLOOR
    CHICAGO, IL  60611
    (312) 755-8170                    ( over
                                     please )

63.    Lemuel Thuston c/o
          Secretary Of State
          The Whitehouse
          1600 Pennsylvania Ave
          Washington, DC 20034

64.    Shirley Mull Seymour and
              John Seymour
          254 Brookview Dr
          Newnan, GA 30265

65.    City of Newnan, GA
              and
          Michael Fouts AND
          Mayor Of Newnan, GA and Coweta County, GA
          22 E. Broad Street, Suite 202
          Newnan, GA 30263

66.    Steve Rapson and
          Fayette County, GA AND
          Fayetteville, GA and
          Joseph Robinette Biden, Jr.
          140 Stonewall Ave West
                    Suite 100
          Fayetteville, GA 30214

67.    Stanley Andre Seymour and
          Christ The Redeemer Worship Center, Inc.
          P.O. Box 1263
          1113 Ethridge Mill Rd
          Griffin, GA 30224

36. Ellen DeGeneres
        and
    Portia de Rossi
    319 San Ysidro Road
    Montecito, CA 93108

37. VIVEK MURTHY
    The Whitehouse
    1600 Pennsylvania Ave
    WASHINGTON, DC 20036

38. ANTONIO NOVELLO
    The Whitehouse
    1600 Pennsylvania Ave
    WASHINGTON, DC, 20036

39. LOUIS M. SULLIVAN,
    AND DAVID SATCHER.
    The Whitehouse
    1600 Pennsylvania Ave
    Washington, DC 20036

40. Minnie (Lee Jones) Jocelyn Elders
        and
    Regina M. Benjamin
        and
    Valerie Montgomery Rice
            The Whitehouse
    1600 Pennsylvania Ave
    Washington, DC 20036

(over please ) ⟶

Defendants
Con't

41. Southern Company
    30 Ivan Allen Jr. BLVD NW
    Atlanta, GA 30308
    (404) 506-5000

42. SAL ABBATE and
    VERTIV HOLDINGS
    505 N. CLEVELAND AVE
    WESTERVILLE, OH 43082
    (614) 888-0246

43. ROHIT AGRAWAL
    AND
    The Weather Company
    1001 Summit Blvd NE
    Brookhaven, GA 30319

44. Chris Ahrenkiel
    225 WEST WACKER DR
    SUITE 3000
    CHICAGO, IL 60606

45. CUSHMAN & WAKEFIELD
    225 WEST WACKER DR
    SUITE 3000
    CHICAGO, IL 60606

46. KONNER, TEITELBAUM & GALLAGHER
    462 SEVENTH AVE
    NEW YORK, NY 10018
    (212) 697-8500

48. Scott C. Konner
    462 Seventh Ave
    New York, NY 10018

49. Robert Teitelbaum
    462 Seventh Ave
    New York, NY 10018

50. Brian P. Gallagher
    462 Seventh Ave
    New York, NY 10018

51. Michael A. Gould
    462 Seventh Ave
    New York, NY 10018

52. FORD MOTOR COMPANY
    20901 OAKWOOD BLVD
    DEARBORN, MI 48124

53. Antonio Filosa
    and Matt McAlear
    Chrysler Corporation
    1000 Chrysler Drive
    Auburn Hills MI 48326



ADDITIONAL DEFENDANTS
( Some pages have writing
( lists on back

20 APRIL 2026

59. American Airlines Group AND
ROBERT ISOM AND
DOUG PARKER
1 SKYVIEW DR.
FORT WORTH, TX 76155 USA
(682) 278-9000

60. UNITED AIRLINES
C/O SECRETARY OF STATE
THE WHITEHOUSE
1600 PENNSYLVANIA AVE
WASHINGTON, DC 20036

61. SPIRIT AIRLINES
C/O SECRETARY OF STATE
THE WHITEHOUSE
1600 PENNSYLVANIA AVE
WASHINGTON, DC 20036

62. BANK OF MISSOURI AND
ADRIAN BREEN AND
DON FULFORD AND
STACEY KAMPS
P.O BOX 309
PERRYVILLE, MO 63775

b.   If the defendant is a corporation

The defendant, *(name)* SONY INTERACTIVE ENTERTAINMENT, is incorporated under

the laws of the State of *(name)* CALIFORNIA , and has its

principal place of business in the State of *(name)* CALIFORNIA .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$12 TRILLION. Google is a multi billion dollar business that continues to grow with favorable advantage via Federal Government contracting. As a SCI Security Official my Privacy has been invaded via social media and the World Wide Web pictures of public shame and public humiliation are posted on the World Wide Web showing me unlawfully arrested, assaulted, battered and such abuse. Billions of people have access to see them.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

There is video footage of me being assaulted, battered and unlawfully arrested by Marta Police. Pictures are posted to show how people put witchcraft on me as a SCI Security Official, un lawfully detain and arrested me, abused me and shifted me from multiple incarceration facilities to include double-booking and placed with un lawful transfer of out of state prison to double cell occupy with me as an innocent victim of police law enforcement brutality and abuse.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the Court to award to me $12 Trillion to cover the damages and to start soothing the harm and trauma caused me as a SCI Security Official / Intelligence Specialist, Clergy and Educator. Google has a World Wide Web preserve and image as a multi Billion dollar revenue generator, and I am entitled to Slah value in return for the years of denial abuse and how our firm to meet being attacked at Mechanical Han by Falun Un Person

Cut with a box cutter. Stabbed on the Church steps, cut with a machete and put in the hed multiple time at KROC Satellite/TAM Metropolitan Prk

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under <u>Federal Rule of Civil Procedure 11</u>, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *20 APRIL 2026*

Signature of Plaintiff

Printed Name of Plaintiff    *FREDERICK DONNELL LEO*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____